E-FILED 01-07-10
JS-6
JANUARY 11, 2010 HEARING VACATED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> D. L. HANKINS CONSTRUCTION, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV 09-02022 PSG (SSx) <br><br> ASSIGNED TO THE HONORABLE JUDGE PHILIP S. GUTIERREZ <br><br> **[PROPOSED] JUDGMENT** <br><br> **NOTE CHANGES MADE BY THE COURT** |

~~Plaintiffs' motion for default judgment came on regularly for hearing on January 11, 2010, in the above-referenced Court, the Honorable Philip S. Gutierrez, United States District Judge, presiding. Emily Zung Manninger of Laquer, Urban, Clifford & Hodge LLP appeared as attorney for all plaintiffs. No other appearances w~~ere made.

///

///

- 1 -
**[PROPOSED] JUDGMENT**

256246.1

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from defendant D. L. Hankins Construction, Inc., a California corporation, the principal amount of $43,153.37 (consisting of unpaid fringe benefit contributions relating to the no-check reports in the amount of $4,788.73; plus liquidated damages related to the no-check reports, in the amount of $478.87; plus prejudgment interest related to the no-check reports, in the amount of $188.00; plus unpaid fringe benefit contributions related to the Settlement Agreement in the amount of $34,001.40; plus prejudgment interest related to the Settlement Agreement, in the amount of $3,696.37), attorney's fees of $7,776.00 and costs of $1,722.02, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: 1/6/10

**PHILIP S. GUTIERREZ**

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: November 16, 2009   **LAQUER, URBAN, CLIFFORD & HODGE LLP**

By: /s/ *Emily Zung Manninger*
EMILY ZUNG MANNINGER
Counsel for Plaintiffs, Trustees of the Operating
Engineers Pension Trust, et al.